STATE of Arkansas *v.* Murray ARMSTRONG

97-1565                                                     960 S.W.2d 451

Supreme Court of Arkansas
Opinion delivered January 29, 1998

*Winston Bryant*, Att'y Gen., by:  O. *Milton Fine II*, Asst. Att'y
Gen., for appellant.

*Sam Heuer*, for appellee.

PER CURIAM.  The State has filed a motion for clarification
inquiring about the presiding trial judge in a petition for writ of
habeas corpus, Case No. LCIV 97-98-3, filed by appellee Murray
Armstrong in Lincoln County Circuit Court on October 8, 1997.

Appellee had been previously charged by felony information
in Lincoln County Circuit Court with multiple counts of theft of
property in Case Nos. LCR 96-6-1, LCR 96-17-1, and LCR 96-
18-1.  After all of the circuit judges in the Eleventh Judicial Dis-
trict recused from these cases, the Chief Justice, pursuant to Ark.
Code Ann. § 16-10-101(b) (1987), assigned the Hon. John Cole
of the Seventh Judicial Circuit to hear the cases.  The assignment
order, No. 97-035, was entered on January 31, 1997.

When appellee filed the petition for writ of habeas corpus at
issue, the case was assigned to the Third Division of Lincoln
County Circuit Court.  This case, No. LCIV 97-98-3, was then
merely forwarded to Judge Cole pursuant to Assignment Order
No. 97-035.

The State now asks us to clarify whether Assignment Order 97-035 covers the adjudication of appellee's habeas corpus petition. If the there is a recusal by all of the circuit judges in the Eleventh Judicial District, we will follow the procedure as set forth in Ark. Code Ann. § 16-10-101(b) (1987), whereby the Chief Justice will assign a special judge to hear LCIV 97-98-3.

Motion granted.